IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NNK, LLC                                                                                               PLAINTIFF

v.                              CASE NO. 3:23-CV-00252-BSM

NATIONWIDE MUTUAL INSURANCE COMPANY                                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE